DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTONIO S. WARREN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1588

[November 19, 2020]

Appeal of order dismissing rule 3.850 amended motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 562015CF001896.

Antonio S. Warren, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

FORST, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***